

MINUTE ENTRY
VANCE, J.
March 22, 2000

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

You are hereby notified that the following numbered and entitled cases will be called on **WEDNESDAY, APRIL 12, 2000, at 10:00am before JUDGE SARAH S. VANCE** in Room C279, 500 Camp Street, New Orleans, LA and if no good cause be shown for such inaction they will be dismissed.

| | |
|---|---|
| 98-2312 | LEWIS HARRIS VS. ADVANCE TRANSFORMER COMPANY, ET AL<br>No answer or default judgment as to the defendant, Sim Kar Lighting Fixture Co., Inc. |
| 99-1182 | ROSS JUDY VS. HAROLD J. TREADAWAY, JR., ET AL<br>No answer or default judgment as to the third party defendant, Jimmie Buckley. |
| 99-2673 | TRIORIENT TRADING, INC., ET AL VS. M/V KAPITAN BOCHEK, ET AL<br>No answer of default judgment as to the defendants, Murmansk Shipping and Columbia Ship Management, Ltd. |
| 99-2722 | PERFORADORA CENTRAL, S.A., DE C.V. VS. M/V ROSIE, ET AL<br>No answer of default judgment as to the defendants, South Pacific Fishing Investment Co., Ltd, Nautica Saltamar, S.A. de C.V. and Cotemar S.A. de C.V. |
| 99-2747 | HARRIS MARSHALL VS. P.R. CONTRACTORS, INC., ET AL<br>No answer of default judgment as to the defendant, P.R. Contractor, Inc. |
| 99-2809 | JOHN SEAL, ET AL VS. FAB-CON, INC., ET AL<br>No answer of default judgment as to the defendant, Meadowcrest Hospital. |

DATE OF ENTRY

MAR 2 4 2000



99-2842      GWEN GIBSON VS. DELTA QUEEN STEAMBOAT CO.
             No answer of default judgment as to the defendant, Delta Queen Steamboat Co.

99-3162      CRAMER PRODUCTS, INC., ET AL VS. SEACARGO INTERNATIONAL, ET AL
             No answer of default judgment as to the defendants, Cetex International, Transports Carpentier Normandie, Sabrina Shipping Ltd, Partrederiet MSC Sabrina, Mediterranean Shipping Co., Compania Naviera Sabrina, Polish Ocean Lines, and Gdynia American Line, Inc.

99-3586      DENNIS BENNETT VS. CHEMICAL LEAMAN TANKLINES, ET AL
             No answer of default judgment as to the defendant, Van Camp Trailers and Body, Inc.

99-3634      ALPHONSE GRAFFIA, III VS. SERAFIN TOPIC, ET AL
             No answer of default judgment as to the defendants, Serafin Topic, Termar Navigation Co., Inc. Marfin Management S.A.M., Blue Water Shipping, Inc. and Western Cumberland Carriers, Inc.

99-3670      CARGILL FERROUS INTERNATIONAL VS. M/V ARMIA LUDOWA, ET AL
             No answer of default judgment as to the defendants Polish Steamship Co., Starlib Liberia Ltd, Zegluga Polska S.A. Szczecin, and Polish Ocean Tramp Ltd.

99-3682      DANIEL CHARPENTIER , ET AL VS. JAMES J. WALLACE, ET AL
             No answer of default judgment as to the defendant, James J. Wallace.

99-3707      JOHN P. GONZALEZ, ET AL VS. GEICO, ET AL
             No answer of default judgment as to the defendant, Prudential Property and Casualty Co.

00-69        SHAREEF COUSIN VS. ANTHONY SMALL, ET AL
             No answer of default judgment as to the defendants, Anthony Small, Dwight Deal, Patrick Jones, Byron Berry, Roger Jordan, Greg Kennedy, Harry Connick, Richard Pennington, and the City of New Orleans.

00-97        UNITED STATES OF AMERICA VS. BETTY A. WILLIAMS
             No answer of default judgment as to the defendant, Betty A. Williams.

00-124       GUSTAVE J. LEHMANN, III, ET AL VS. ST. TAMMANY PARISH SCHOOL BOARD
             No answer of default judgment as to the defendant, St. Tammany Parish School Board.

00-232    UNITED STATES OF AMERICA VS. ALETHA EDWARDS
         No answer of default judgment as to the defendant, Aletha Edwards.

00-272   DONGKUK INTERNATIONAL, INC., ET AL VS. COASTAL CARGO CO., INC., ET AL
         No answer of default judgment as to the defendant, Midwest Marine Management Co.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

All inquiries regarding this notice are to be directed to:
Jay Susslin, Courtroom Deputy Clerk
Section "R"
500 Camp Street, Room C151
New Orleans, LA 70130
(504) 589-7689
(504) 589-2050 fax