UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
[illegible] OF LA
2000 MAR 21 P 4:04
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. | * | CIVIL ACTION |
| THE CHUBB GROUP OF INSURANCE | * | |
| COMPANIES | * | NO.: 00-272 |
|     Plaintiffs | * | |
| | * | SECTION " R " |
| | * | |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| COASTAL CARGO COMPANY, INC. | * | |
| and MIDWEST MARINE | * | |
| MANAGEMENT COMPANY | * | MAGISTRATE Lance M. Africk |
|     Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * *

## MOTION TO ENROLL COUNSEL PRO HAC VICE

NOW INTO COURT, comes Susan D. Noe, an attorney licensed to practice in the State of Texas, and for the reasons set forth in the accompanying memorandum, moves this Court for an Order admitting her to practice before this Honorable Court *pro hac vice*, in the above captioned and numbered matter only.

Respectfully submitted:

McALPINE, PEULER & COZAD

_____
SUSAN D. NOE
Texas State Bar No.: 15055025
4900 Woodway, Suite 550
Houston, Texas 77056
Telephone: (713) 629-1212
Facsimile: (713) 629-1441
**Attorneys for Plaintiffs,**
DONGKUK INTERNATIONAL, INC. and THE
CHUBB GROUP OF INSURANCE
COMPANIES

DATE OF ENTRY
APR 1 2 2000

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc.No. ____

_____
MICHAEL L. McALPINE, T.A. (Bar 09195)
FRANKLIN H. JONES III (Bar #07480)
701 South Peters St., Suite 300
New Orleans, Louisiana 70130
Telephone (504) 561-0323

**Attorneys for Plaintiffs,
DONGKUK INTERNATIONAL, INC. and
THE CHUBB GROUP OF INSURANCE
COMPANIES**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of March, 2000, served a copy of the Motion to Enroll Counsel *Pro Hac Vice* on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addresses, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. | * | CIVIL ACTION |
| THE CHUBB GROUP OF INSURANCE | * | |
| COMPANIES | * | NO.: 00-272 |
|     Plaintiffs | * | |
| | * | SECTION " R " |
| | * | |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| COASTAL CARGO COMPANY, INC. | * | |
| and MIDWEST MARINE | * | |
| MANAGEMENT COMPANY | * | MAGISTRATE Lance M. Africk |
|     Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION
TO ENROLL COUNSEL PRO HAC VICE**

MAY IT PLEASE THE COURT:

Susan D. Noe is an attorney licensed to practice in all state and federal courts in the State of Texas. She is in good standing with the Texas State Bar Association, and has been a member of the Texas bar for more than 8 years and a licensed attorney for more than 10 years. A Certificate of Good Standing is attached hereto. Susan D. Noe has never been subject of disciplinary proceedings, either in Texas or elsewhere.

Pursuant to Local Rule 83.2.6E, Susan D. Noe petitions this Court for an order allowing her to appear on behalf of her client, The Chubb Group of Insurance Companies, and its insured, Dongkuk International, Inc.

Another attorney in mover's firm, Michael L. McAlpine, is a member of the State Bar of Louisiana and is admitted to practice before the United States District Court for the Eastern

District of Louisiana. Mr. McAlpine will be the designated Trial Attorney, and Ms. Noe will be co-counsel.

Respectfully submitted,

McALPINE, PEULER & COZAD

_____
SUSAN D. NOE (Texas Bar # 15055025)
4900 Woodway, Suite 550
Houston, Texas 77056
Telephone: (713) 629-1212
**Attorneys for Plaintiffs,**
**DONGKUK INTERNATIONAL, INC. and**
**THE CHUBB GROUP OF INSURANCE**
**COMPANIES**

and

_____
MICHAEL L. McALPINE, T.A. (Bar#09195)
FRANKIN H. JONES, III (Bar # 07480)
701 South Peters St., Suite 300
New Orleans, Louisiana 70130
Telephone: (504) 561-0323
**Attorneys for Plaintiffs,**
**DONGKUK INTERNATIONAL, INC. and**
**THE CHUBB GROUP OF INSURANCE**
**COMPANIES**

### CERTIFICATE OF SREVICE

I do hereby certify that I have on this 20th day of March, 2000, served a copy of the Memorandum in Support of Motion to Enroll Counsel *Pro Hac Vice* on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addresses, and first class postage prepaid.

_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. | * | CIVIL ACTION |
| THE CHUBB GROUP OF INSURANCE | * | |
| COMPANIES | * | NO.: 00-272 |
|     Plaintiffs | * | |
| | * | SECTION " R " |
| | * | |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| COASTAL CARGO COMPANY, INC. | * | |
| and MIDWEST MARINE | * | |
| MANAGEMENT COMPANY | * | MAGISTRATE Lance M. Africk |
|     Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

IT IS ORDERED that Susan D. Noe be, and she is hereby, admitted to enroll *pro hac vice* in the above captioned and numbered matter only.

At New Orleans, Louisiana, this 10th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE