

**MINUTE ENTRY**
**VANCE, J.**
**April 12, 2000**



00-272

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**The following cases were set before the Court on a call of the docket. The matters have been disposed of as indicated below:**

98-2312      LEWIS HARRIS VS. ADVANCE TRANSFORMER COMPANY, ET AL
             No answer or default judgment as to the defendant, Sim Kar Lighting Fixture Co., Inc.
             ORDERED: DOCKET SATISFIED, ANSWER FILED.

99-1182      ROSS JUDY VS. HAROLD J. TREADAWAY, JR., ET AL
             No answer or default judgment as to the third party defendant, Jimmie Buckley.
             ORDERED: DEFENDANT, JIMMIE BUCKLEY, IS HEREBY DISMISSED FOR FAILURE TO PROSECUTE.

99-2722      PERFORADORA CENTRAL, S.A., DE C.V. VS. M/V ROSIE, ET AL
             No answer of default judgment as to the defendants, South Pacific Fishing Investment Co., Ltd, Nautica Saltamar, S.A. de C.V. and Cotemar S.A. de C.V.
             ORDERED: DOCKET PASSED 30 DAYS AS TO THE DEFENDANT, SOUTH PACIFIC FISHING INVESTMENT CO., LTD, AND PASSED 90 DAYS AS TO THE DEFENDANTS, NAUTICA SALTAMAR AND COTEMAR.

99-2747      HARRIS MARSHALL VS. P.R. CONTRACTORS, INC., ET AL
             No answer of default judgment as to the defendant, P.R. Contractor, Inc.
             ORDERED: EXTENSION OF TIME TO FILE AN ANSWER GRANTED.

99-2809      JOHN SEAL, ET AL VS. FAB-CON, INC., ET AL
             No answer of default judgment as to the defendant, Meadowcrest Hospital.

---

DATE OF ENTRY
APR 1 3 2000



Fee_____
Process____
X Dktd____
✓ CtRmDep____
Doc.No.____

|  |  |
|---|---|
|  | ORDERED: DOCKET PASSED 30 DAYS TO ALLOW COUNSEL AN OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT JUDGMENT TO BE TAKEN.  OTHERWISE, THE DEFENDANT, MEADOWCREST HOSPITAL, WILL BE DISMISSED FOR FAILURE TO PROSECUTE. |
| 99-2842 | GWEN GIBSON VS. DELTA QUEEN STEAMBOAT CO.<br>No answer of default judgment as to the defendant, Delta Queen Steamboat Co.<br>ORDERED: DOCKET SATISFIED, MOTION FOR SUMMARY JUDGMENT GRANTED AS UNOPPOSED. |
| 99-3162 | CRAMER PRODUCTS, INC., ET AL VS. SEACARGO INTERNATIONAL, ET AL<br>No answer of default judgment as to the defendants, Cetex International, Transports Carpentier Normandie, Sabrina Shipping Ltd, Partrederiet MSC Sabrina, Mediterranean Shipping Co., Compania Naviera Sabrina, Polish Ocean Lines, and Gdynia American Line, Inc.<br>ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE ANSWERS OR FOR A DEFAULT JUDGMENT TO BE TAKEN.  OTHERWISE, THE DEFENDANTS WILL BE DISMISSED FOR FAILURE TO PROSECUTE. |
| 99-3586 | DENNIS BENNETT VS. CHEMICAL LEAMAN TANKLINES, ET AL<br>No answer of default judgment as to the defendant, Van Camp Trailers and Body, Inc.<br>ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT JUDGMENT TO BE TAKEN.  OTHERWISE, THE DEFENDANT, VAN CAMP TRAILERS AND BODY, INC., WILL BE DISMISSED FOR FAILURE TO PROSECUTE. |
| 99-3634 | ALPHONSE GRAFFIA, III VS. SERAFIN TOPIC, ET AL<br>No answer of default judgment as to the defendants, Serafin Topic, Termar Navigation Co., Inc. Marfin Management S.A.M., Blue Water Shipping, Inc. and Western Cumberland Carriers, Inc.<br>ORDERED: MOTION TO CONTINUE THE CALL DOCKET UNTIL MAY 10, 2000 WAS GRANTED. |
| 99-3670 | CARGILL FERROUS INTERNATIONAL VS. M/V ARMIA LUDOWA, ET AL<br>No answer of default judgment as to the defendants Polish Steamship Co., Starlib Liberia Ltd, Zegluga Polska S.A. Szczecin, and Polish Ocean Tramp Ltd.<br>ORDERED: DOCKET SATIFIED, ANSWERS FILED. |

99-3682    DANIEL CHARPENTIER, ET AL VS. JAMES J. WALLACE, ET AL
           No answer of default judgment as to the defendant, James J. Wallace.
           ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE
           OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT
           JUDGMENT TO BE TAKEN. OTHERWISE, THE DEFENDANT, JAMES
           WALLACE, WILL BE DISMISSED FOR FAILURE TO PROSECUTE.

99-3707    JOHN P. GONZALEZ, ET AL VS. GEICO, ET AL
           No answer of default judgment as to the defendant, Prudential Property and
           Casualty Co.
           ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE
           OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT
           JUDGMENT TO BE TAKEN. OTHERWISE, THE DEFENDANT,
           PRUDENTIAL PROPERTY AND CASUALTY CO., WILL BE DISMISSED
           FOR FAILURE TO PROSECUTE.

00-69      SHAREEF COUSIN VS. ANTHONY SMALL, ET AL
           No answer of default judgment as to the defendants, Byron Berry, Roger
           Jordan, Greg Kennedy, and Harry Connick.
           ORDERED: MATTER PASSED 30 DAYS TO ALLOW COUNSEL THE
           OPPORTUNITY TO FILE AN ANSWER OR FOR A DEFAULT
           JUDGMENT TO BE TAKEN. OTHERWISE, THE DEFENDANT, BYRON
           BERRY, ROGER JORDAN, GREG KENNEDY, AND HARRY CONNICK,
           WILL BE DISMISSED FOR FAILURE TO PROSECUTE.

00-272     DONGKUK INTERNATIONAL, INC., ET AL VS. COASTAL CARGO CO.,
           INC., ET AL
           No answer of default judgment as to the defendant, Midwest Marine
           Management Co.
           ORDERED: DOCKET SATISFIED, ANSWER FILED.

                        _____
                              SARAH S. VANCE
                        UNITED STATES DISTRICT JUDGE