FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 11  P 4: 09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. | * | CIVIL ACTION |
| THE CHUBB GROUP OF INSURANCE | * | |
| COMPANIES | * | NO.: 00-272 |
| Plaintiffs | * | |
| | * | SECTION " R " |
| | * | |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| COASTAL CARGO COMPANY, INC. | * | |
| and  MIDWEST MARINE | * | |
| MANAGEMENT COMPANY | * | MAGISTRATE Lance M. Africk |
| Defendants | * | |
| | * | |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## AMENDED MOTION TO ENROLL COUNSEL PRO HAC VICE

NOW INTO COURT, comes Susan D. Noe, an attorney licensed to practice in the State
of Texas, and for the reasons set forth in the accompanying memorandum, files this Amended
Motion seeking permission from this Court for an Order admitting her to practice *pro hac vice*, in
the above captioned and numbered matter only.  This amended motion is being filed to provide
the Court with a letter from a presiding judge in an equivalent court in Texas, which states that
Susan D. Noe is in good standing and practices before the court on a regular basis.  The
Honorable Samuel B. Kent of the United States District Court – Southern District of Texas –
Galveston Division sent the original letter directly to Judge Vance's attention on April 5, 2000.  A
copy of Judge Kent's letter is attached hereto as Exhibit "A".

DATE OF ENTRY

APR 1 4 2000

Respectfully submitted:

McALPINE, PEULER & COZAD

SUSAN D. NOE
Texas State Bar No.: 15055025
4900 Woodway, Suite 550
Houston, Texas 77056
Telephone: (713) 629-1212
Facsimile: (713) 629-1441
**Attorneys for Plaintiffs,**
**DONGKUK INTERNATIONAL, INC. and THE**
**CHUBB GROUP OF INSURANCE**
**COMPANIES**

MICHAEL L. McALPINE, T.A. (Bar 09195)
FRANKLIN H. JONES III (Bar #07480)
701 South Peters St., Suite 300
New Orleans, Louisiana 70130
Telephone (504) 561-0323
**Attorneys for Plaintiffs,**
**DONGKUK INTERNATIONAL, INC. and**
**THE CHUBB GROUP OF INSURANCE**
**COMPANIES**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of April, 2000, served a copy of the Amended Motion to Enroll Counsel *Pro Hac Vice* on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addresses, and first class postage prepaid.

Charles Hooker, Esq.
1555 Poydras Street, Suite 1600
New Orleans, LA 70112

Rene' S. Paysse, Sr.
COURTENAY, FORSTALL, HUNTER & FONTANA
730 Camp Street
New Orleans, LA 70130

# Exhibit "A"

COPY

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### UNITED STATES COURTHOUSE
### 601 ROSENBERG, SUITE 613
### GALVESTON, TEXAS 77550

CHAMBERS OF
**SAMUEL B. KENT**

PHONE: 409 766-3551
FTS 527-6551

April 5, 2000

Honorable Sarah S. Vance
U. S. Courthouse, Chambers C-255
500 Camp Street
New Orleans, Louisiana 70130

Re:     Admittance Pro Hac Vice for Susan D. Noe in the
U. S. District Court - Eastern District of Louisiana

Dear Judge Vance:

Please accept this letter on behalf of Ms. Susan D. Noe's request to appear *pro hac vice* in your Court in a case styled Dongkuk International, Inc. V. Coastal Cargo Company, et al, Cause No. 00-0272 "R" (3).   Ms. Noe has been licensed to practice in the State of Texas since May of 1991,  is a member in good standing with the State Bar of Texas, and has practiced regularly before this Court.

Very truly yours,

Original Signed
**Samuel B. Kent**

Samuel B. Kent

SBK/gh

cc:     Ms. Susan D. Noe
McAlpine, Peuler & Cozad
4900 Woodway, Suite 550
Houston, Texas 77056

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. | * | CIVIL ACTION |
| THE CHUBB GROUP OF INSURANCE | * | |
| COMPANIES | * | NO.: 00-272 |
| Plaintiffs | * | |
| | * | SECTION " R " |
| | * | |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| COASTAL CARGO COMPANY, INC. | * | |
| and  MIDWEST MARINE | * | |
| MANAGEMENT COMPANY | * | MAGISTRATE Lance M. Africk |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * *

**ORDER**

IT IS ORDERED that Susan D. Noe be, and she is hereby, admitted to enroll *pro hac vice* in the above captioned and numbered matter only.

At New Orleans, Louisiana, this 24th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE