UNITED STATES DISTRICT COURT
FILED
April 18, 2000
EASTERN DISTRICT OF LOUISIANA
Loretta G. Whyte
Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONGKUK INT'L, INC., ET AL                      CIVIL ACTION

VERSUS                                          NO. 00-272

COASTAL CARGO CO., INC., ET AL                  SECTION "R"3

**PRELIMINARY CONFERENCE NOTICE**

At the request of counsel for Coastal Cargo Company, Charles Hooker, the **PRELIMINARY CONFERENCE** set for May 4, 2000, is hereby CONTINUED AND RESET to be held **BY TELEPHONE** on **MAY 11, 2000** at **9:30 A.M.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk. **TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

_____
Jay Susslin
COURTROOM DEPUTY CLERK, SECTION R
(504) 589-7689

**NOTICE**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

FEE _____
PROCESS _____
XDKTD _____
CRTRMDEP _____
DOCUMENT NO. _____