FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -8  AM 10: 07

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**August 7, 2000**

UNITED STATES   DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONGKUK INTERNATIONAL, INC., ET AL**          CIVIL ACTION NO. 00-0272

versus                                          SECTION:  "R" (3)

**COASTAL CARGO COMPANY, INC., ET AL**

    **At the request of counsel, IT IS ORDERED** that a telephone status conference will be held in the above-captioned case on August 16, 2000, at 10:00 A.M.  The undersigned U.S. Magistrate Judge will initiate the call.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
AUG 0 8 2000

___Fee___
___Process___
_X_ Dktd
___CtRmDep
___Doc.No.