

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES<br>  Plaintiffs | * * * | CIVIL ACTION<br><br>NO.: 00-272 |
| VERSUS | * * | SECTION "R" |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY<br>  Defendants | * * * | MAGISTRATE 3 |

* * * * * * * * * * *

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs, Dongkuk International, Inc. and The Chubb Group of Insurance Companies who respectfully represent as follows:

In the captioned matter, Dongkuk International, Inc. and The Chubb Group of Insurance Companies wish to substitute L. Stephen Cox of the law firm McAlpine & Cozad as its counsel of record in place of Susan D. Noe. Michael L. McAlpine will be the trial attorney in this matter. Franklin H. Jones, III will be trial attorney in this matter.

DATE OF ENTRY
DEC 7 2000



Respectfully submitted,

McALPINE & COZAD

_____
MICHAEL L. McALPINE (Bar #09195)
FRANKLIN H. JONES, III, T.A.(Bar #07480)
L. STEPHEN COX (#26007)
701 South Peters, Suite 300
New Orleans, Louisiana 70130
Telephone: (504) 561-0323
Facsimile: (504) 528-9442
Attorneys for Plaintiffs,
Dongkuk International, Inc. and
The Chubb Group of Insurance Companies

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record on this 5th day of December 2000, by depositing same in the U.S. Mail, postage prepaid and properly addressed.

_____

LSC/kpc/53568.1                                                                 0392-5776

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES<br>    Plaintiffs | * * * | CIVIL ACTION<br><br>NO.: 00-272 |
| VERSUS | * * | SECTION "R" |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY<br>    Defendants | * * | MAGISTRATE 3 |

* * * * * * * * * *

### ORDER

Considering the foregoing Motion To Substitute Counsel Of Record:

IT IS HEREBY ORDERED that L. Stephen Cox of the law firm McAlpine & Cozad be substituted as counsel of record for Dongkuk International, Inc. and The Chubb Group of Insurance Companies in the place of Susan D. Noe.

IT IS FURTHER ORDERED that the Clerk of this Court is hereby instructed to strike the name of Susan D. Noe from the docket sheet as attorney of record in this case and substitute thereon the name of L. Stephen Cox (#26007)

New Orleans, this 7th day of December, 2000.

_Sarah Vance_
JUDGE

LSC/kpc/53568.1                                                      0191-5710