```
                                        FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                     JAN 09 2001

                                   LORETTA G. WHYTE
                                        CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**January 9, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONGKUK INTERNATIONAL, INC., ET AL        CIVIL ACTION NO. 00-272

versus                                    SECTION: "R" (3)

COASTAL CARGO COMPANY, INC., ET AL

A settlement conference is scheduled in the above-captioned case on February 5, 2001, at 2:00 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before January 29, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
JAN 1 0 2001