FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 17 PM 4:09

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
AFRICK, M.J.
JANUARY 16, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONGKUK INTERNATIONAL, INC.                CIVIL ACTION
AND THE CHUBB GROUP OF
INSURANCE COMPANIES

VERSUS                                     NO: 00-272

COASTAL CARGO COMPANY, INC.                SECTION: "R"(3)
AND MIDWEST MARINE
MANAGEMENT COMPANY

Before the Court is Coastal Cargo Company, Inc.'s motion to compel.   The

Court has been informed that the issues raised in this motion have been resolved by

the parties.

Accordingly,

IT IS ORDERED that the motion is DISMISSED as moot.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  JAN 18 2001

Fee_____
_Process_____
X_Dktd___ ___
___CtRmDep_____
Doc.No._25___