

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

JAN 22 2001

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | * * * * | CIVIL ACTION |
| versus | * * | NO. 00-272 |
| | | SECTION "R" (2) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | * * * | Judge SARAH S. VANCE |
| | * | Magistrate Lance M. Africk |

### *EX PARTÉ* MOTION TO CONTINUE AND RESCHEDULE TRIAL

COASTAL CARGO COMPANY, INC. appearing through counsel, moves to continue and reschedule trial now set 12 March 2001, for reasons in the accompanying memorandum.

Respectfully submitted,

DATE OF ENTRY
JAN 2 4 2001

_C L Hkr_
Charles Hooker #8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112

Telephone: (504) 587-1100
Facsimile: (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | * * * * | CIVIL ACTION NO. | 00-272 |
| versus | * * | SECTION | " R " ( 2 ) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | * * * | Judge Magistrate | SARAH S. VANCE Lance M. Africk |

### MEMORANDUM IN SUPPORT OF *EX PARTÉ* MOTION TO CONTINUE AND RESCHEDULE TRIAL

May it please the Court:

This is a carriage-of-goods action in which plaintiff claims damage in excess of $400,000. COASTAL CARGO COMPANY, INC. is the New Orleans-based stevedore who discharged the ocean vessel, the M/V GOLDEN VENTURE in October 1998. Plaintiff alleges a barge loaded with cold rolled steel coils from the ship was discovered to contain water some time after its arrival at Memphis. Coastal was unaware of the alleged damage or of the claim until receipt of plaintiff's Complaint. Co-defendant Midwest Marine Management Company, the barge supplier has filed a

third party claim; Coastal is defending two actions.

With the exception of one surveyor in Kenner, Louisiana all the adverse fact and expert witnesses are out of state, Tennessee, Missouri and Texas. Because of a heavy trial schedule Coastal's one-person legal department has not been able to obtain depositions of these witnesses. Coastal believes its defense has merit; formal questioning of these witnesses will either confirm that view or promote settlement. Because trial is now set 12 March 2001, Coastal needs a short continuance to take these several depositions. Opposing counsel have been contacted and state no objection to a short continuance although plaintiff's counsel is completing a graduate degree program at Tulane Law School in mid-May 2001.

Under the circumstances Coastal suggests cause exists to continue the 12 March 2001 trial and reschedule same on or after 20 May 2001.

Respectfully submitted,

*/s/ C. Hooker*

Charles Hooker #8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112
Telephone:   (504) 587-1100
Facsimile:   (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONGKUK INTERNATIONAL, INC. and THE * | CIVIL ACTION |
| CHUBB GROUP OF INSURANCE * | |
| COMPANIES * | NO.      00-272 |
| * | |
| versus * | SECTION      " R "  ( 2 ) |
| * | |
| COASTAL CARGO COMPANY, INC. and * | Judge      SARAH S. VANCE |
| MIDWEST MARINE MANAGEMENT * | |
| COMPANY * | Magistrate   Lance M. Africk |
| * * * * * * * * * * * * * * * * * * * | |

### LOCAL RULE 7.3E CERTIFICATE

I certify opposing counsel have been contacted and state they have no objection to continuing the 12 March 2001 trial and rescheduling same on or after 20 May 2001.

Respectfully submitted,

_____
Charles Hooker # 8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112

Telephone:  (504) 587-1100
Facsimile:  (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | * * * * | CIVIL ACTION<br><br>NO.      00-272 |
| versus | * * | SECTION   " R " ( 2 ) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | * * * | Judge       SARAH S. VANCE<br><br>Magistrate   Lance M. Africk |

## ORDER

The motion to continue and reschedule trial considered:

IT IS ORDERED that trial now set March 12, 2001 is continued ~~and rescheduled on~~ to be reset at a preliminary telephone conference set for February 6, 2001 at 10:15a.

New Orleans, Louisiana, January 24, 2001.

_____
UNTIED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify this Ex Parté Motion to Continue Trial, Supporting Memorandum, Local Rule 7.3E Certificate and [Proposed Order] have been served on all counsel of record by deposit facsimile transmission on January 21, 2001.

_____
Charles Hooker