```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                         2001 JAN 31  AM 11:53

                          LORETTA G. WHYTE
                              CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**January 31, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONGKUK INTERNATIONAL, INC., ET AL** | **CIVIL ACTION NO. 00-272** |
| versus | SECTION: "R" (3) |
| **COASTAL CARGO COMPANY, INC., ET AL** | |

**IT IS HEREBY ORDERED** that the settlement conference scheduled in the above-captioned case on February 5, 2001, is hereby **CANCELLED**. Counsel may recontact this Court to set a future settlement conference at a later date.

_____
**LANCE M. AFRICK**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
JAN 3 1 2001

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____