

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 20 PM 4:00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | * * * * | CIVIL ACTION |
| | * | NO.   00-272 |
| versus | * | SECTION   " R " (3) |
| | * | |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | * * * | Judge   SARAH S. VANCE |
| | * | Magistrate   Lance M. Africk |

## SECOND MOTION TO COMPEL DISCOVERY

COASTAL CARGO COMPANY, INC. appearing through counsel, moves the Court to order

Midwest Marine Management Company to produce its principal witnesses for discovery depositions

for reason in the accompany memorandum

Respectfully submitted,

_____
Charles Hooker # 8417
Suite 1600
1555 Poydras Street

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____ 31

New Orleans, Louisiana 70112
Telephone: (504) 587-1100
Facsimile: (504) 587-1107

Counsel for Mover

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | CIVIL ACTION |
| | NO.   00-272 |
| versus | SECTION   " R " ( 2 ) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | Judge   SARAH S. VANCE |
| | Magistrate   Lance M. Africk |

## MEMORANDUM IN SUPPORT OF SECOND MOTION TO COMPEL DISCOVERY

May it please the Court:

This is a claim for damage to cold rolled steel coils transported from Korea to Memphis by water. Mover, COASTAL CARGO COMPANY, INC. is the stevedore who discharged the ocean vessel in New Orleans. The coils were placed in a barge supplied by Midwest Marine Management Company which was towed to Memphis where the alleged damaged was discovered. Midwest has filed a third-party claim against mover.

Information furnished mover by Midwest Marine Management Company identified its principal expert witness as one Mark Ledet of Merrill Marine Service and its principal fact witnesses

as Larry Barker and/or George E. Leavell of Wepfer Marine and Christopher Reynolds of Mid South Terminals. Mr. Ledet is believed to be based in St. Louis and the other gentlemen in Memphis.

Mover has requested these individuals be made available for depositions. Midwest Marine's counsel is agreeable to the request but has not furnished dates or otherwise advised of the witnesses availability.

Mover is unable to complete its discovery or evaluate its exposure in the absence of the depositions of these critical witnesses. Trial is scheduled July 23, 2001. According to mover's calculations discovery cutoff is June 12, 2001.

Under the circumstances Mover suggests cause exists to order the production of these witnesses for their discovery depositions in default of which they be prohibited from testifying at trial.

Respectfully submitted,

_____
Charles Hooker # 8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112
Telephone:   (504) 587-1100
Facsimile:   (504) 587-1107

Counsel for Mover

Page 2 of 2 Pages

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | * * * * | CIVIL ACTION<br>NO.  00-272 |
| versus | * * | SECTION  " R " ( 2 ) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | * * * | Judge  SARAH S. VANCE<br>Magistrate  Lance M. Africk |

## LOCAL RULE 37.1 E CERTIFICATE

Several letters have been exchanged and telephone conversations held between counsel for mover and Midwest Marine Management Company however the depositions mover seek have not bee scheduled. Midwest Marine's counsel did not appear or otherwise respond to the notice of a 17 April 2001 discovery conference.

_____
Charles Hooker

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | * * * * | CIVIL ACTION<br>NO.        00-272 |
| versus | * * | SECTION    " R " (3) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | * * * | Judge        SARAH S. VANCE<br>Magistrate    Lance M. Africk |

## NOTICE

TO:   MIDWEST MARINE MANAGEMENT COMPANY
through its counsel of record
Mr. René S. Paysse
Suite 1540 - Texaco Center
400 Poydras Street
New Orleans, Louisiana 70130

Please take notice that COASTAL CARGO COMPANY, INC. will bring its Second Motion to Compel Discovery on for hearing without oral argument before the Honorable Lance M. Africk, United States Magistrate Judge, Room B305, Hale Boggs Federal Building, 501 Magazine Street, New Orleans, Louisiana 70130 on Wednesday, May 16, 2001 at 9.00 o'clock a.m.

New Orleans, Louisiana, April 20, 2001.

                                                Respectfully submitted,

                                                _____
                                                Charles Hooker # 8417
                                                Suite 1600
                                                1555 Poydras Street
                                                New Orleans, Louisiana 70112
                                                Telephone:   (504) 587-1100
                                                Facsimile:    (504) 587-1107

                                                Counsel for Mover

## CERTIFICATE OF SERVICE

I certify this Second Motion to Compel Discovery, Supporting Memorandum, Local Rule 37.1E Certificate and Notice have been served on all counsel of record by deposit facsimile transmission on April 20, 2001.

_____
Charles Hooker