

MINUTE ENTRY
AFRICK, M.J.
MAY 14, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONGKUK INTERNATIONAL, INC. AND THE CHUBB GROUP OF INSURANCE COMPANIES | CIVIL ACTION |
| VERSUS | NO: 00-272 |
| COASTAL CARGO COMPANY, INC. AND MIDWEST MARINE MANAGEMENT COMPANY | SECTION: "R"(3) |

Before the Court is defendant's second motion to compel. The Court has been informed that the issues raised in this motion have been resolved.

Accordingly,

IT IS ORDERED that the motion is DISMISSED as moot.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 1 6 2001

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
Doc.No._____