

**MINUTE ENTRY**
**AFRICK, M.J.**
**May 17, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONGKUK INTERNATIONAL, INC., ET AL    CIVIL ACTION NO. 00-272

versus                                 SECTION: "R" (3)

COASTAL CARGO COMPANY, INC., ET AL

A settlement conference is scheduled in the above-captioned case on June 28, 2001 at 2:00 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before June 21, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

                                        LANCE M. AFRICK
                                        UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
MAY 21 2001

ree ___
Process ___
X Dktd ___
___ CtRmDep ___
Doc.No. 43