FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 13 PM 12: 26

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | CIVIL ACTION<br>NO.   00-272 |
| versus | SECTION   " R " ( 2 ) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | Judge   SARAH S. VANCE<br>Magistrate   Lance M. Africk |

### AMENDED WITNESS LIST

In connection with trial now scheduled July 23, 2001, COASTAL CARGO COMPANY, INC. may call the following additional witnesses:

21. Shankar Panday, National Marine Consultants, Inc., surveyor (fact/expert).

22. Bennie Greiner, McLarens Toplis North America, surveyor (fact/expert).

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep__
___Doc.No.___

                        Respectfully submitted,

_____
Charles Hooker #8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112
Telephone:   (504) 587-1100
Facsimile:    (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

## CERTIFICATE OF SERVICE

I certify this Amended Witness List has been served on all counsel of record by facsimile transmission of June 7, 2001.

_____
Charles Hooker