```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2001 JUN 29 P 4:11

                              LORETTA G. WHYTE
                                   CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**JUNE 28, 2001**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONGKUK INTERNATIONAL, INC., ET AL** | **CIVIL ACTION NO. 00-0272** |
| versus | SECTION: "R" (3) |
| **COASTAL CARGO COMPANY, INC., ET AL** | |

A settlement conference was held on this date. Negotiations are ongoing. Plaintiff's counsel will notify this Court on or before June 29, 2001, as to the status of settlement negotiations.

_____
**LANCE M. AFRICK**
**UNITED STATES MAGISTRATE JUDGE**

_____
**CLERK TO NOTIFY ALL COUNSEL**

```
DATE OF ENTRY
 JUL 0 2 2001
```

```
Fee_____
Process___
Dktd_____
CtRmDep___
Doc.No.___
```