```
                              FILED
                         U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                        2001 JUL -5  AM 11:21

                          LORETTA G. WHYTE
                               CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**July 3, 2001**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONGKUK INTERNATIONAL, INC., ET AL** | **CIVIL ACTION NO. 00-0272** |
| versus | SECTION: "R" (3) |
| **COASTAL CARGO COMPANY, INC., ET AL** | |

Plaintiff's counsel will notify this Court on or before Monday, **July 9, 2001**, as to the status of settlement negotiations.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
JUL 5 2001

Doc. No. 49