FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -5 AM 8: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | * * * * | CIVIL ACTION<br><br>NO.      00-272 |
| versus | * * | SECTION    " R "  ( 3 ) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | * * * | Judge       SARAH S. VANCE<br><br>Magistrate   Lance M. Africk |

### MOTION FOR LEAVE TO FILE
### MOTION IN LIMINE OUT OF TIME

COASTAL CARGO COMPANY, INC. appearing through counsel, moves for leave to file its Motion in Limine relative to expert witnesses, out of time, for reasons in the accompanying memorandum.

Respectfully submitted,

_C L Hh_

Charles Hooker #8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112

DATE OF ENTRY
JUL 6 - 2001



Telephone: (504) 587-1100
Facsimile: (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | * * * * | CIVIL ACTION<br>NO.        00-272 |
| versus | * * | SECTION    " R " ( 3 ) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | * * * | Judge         SARAH S. VANCE<br><br>Magistrate    Lance M. Africk |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE
## MOTION IN LIMINE OUT OF TIME

May it please the Court:

This a carriage of goods case. The goods were cold rolled steel coils shipped by water from Korea and alleged to have been damaged by water at some point on the inland voyage to Memphis, Tennessee. Coastal Cargo Company, Inc., mover here, was the stevedore who discharged the ocean vessel in New Orleans and loaded the coils aboard the barge K-408 for the river transport.

At the 28 June 2001 conference before the magistrate plaintiffs indicated their intention to offer trial testimony in the form of opinions by two marine surveyors as to the propriety of the

stevedore's stowing and/or securing of the coils in the barge. One of the two surveyors was not identified as an expert and did not submit an expert report. The other surveyor was designated but his report makes no mention of any such alleged failure on the part of stevedores. More significantly, the depositions of both surveyors, taken 22 May and 6 June 2001 leave no doubt as to their incompetence to offer the purported opinions; the stevedore seeks leave to present that issue. Trial is scheduled 23 July 2001; the pre-trial conference is 12 July 2001.

Under the circumstances Coastal Cargo Company, Inc. suggests cause exists to permit the filing of its Motion in Limine out of time and so moves the Court.

Respectfully submitted,

_____
Charles Hooker # 8417
Suite 1600
1555 Poydras Street
New Orleans, Louisiana 70112
Telephone:    (504) 587-1100
Facsimile:    (504) 587-1107

Counsel for COASTAL CARGO COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | * * * * | CIVIL ACTION<br><br>NO.         00-272 |
| versus | * * | SECTION    " R " ( 3 ) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | * * * | Judge        SARAH S. VANCE<br><br>Magistrate    Lance M. Africk |

## ORDER

The out of time motion considered:

LEAVE IS GRANTED Coastal Cargo Company, Inc. to file its motion in limine out of time.

New Orleans, Louisiana, July  6th , 2001.

_____
UNITED STATES DISTRICT JUDGE