FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL -9 PM 4:26

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**July 9, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DONGKUK INTERNATIONAL, INC., ET AL**          CIVIL ACTION NO. 00-272

**versus**                                      SECTION: "R" (3)

**COASTAL CARGO COMPANY, INC., ET AL**

A settlement conference was held on this date. Following discussions amongst the parties the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel are thanked for their assistance.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
JUL 1 0 2001