```
                                            FILED
                                       U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                       2001 JUL 12  PM 4:41

                                         LORETTA G. WHYTE
                                              CLERK
```

**MINUTE ENTRY**
**VANCE, J.**
**July 9, 2001**

              UNITED STATES  DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONGKUK INTERNATIONAL, INC., ET AL** | **CIVIL ACTION NO. 00-0272** |
| **VERSUS** | **SECTION: "R" (3)** |
| **COASTAL CARGO COMPANY, INC., ET AL** | |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

```
  DATE OF ENTRY
   JUL 1 3 2001
```



COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 12th of July, 2001.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE