

```
      FILED
  U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

  2001 JUL 16 AM 9:59

     LORETTA G. WHYTE
          CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONGKUK INTERNATIONAL, INC. and THE CHUBB GROUP OF INSURANCE COMPANIES | CIVIL ACTION |
| | NO.  00-272 |
| versus | SECTION  " R " ( 3 ) |
| COASTAL CARGO COMPANY, INC. and MIDWEST MARINE MANAGEMENT COMPANY | Judge  SARAH S. VANCE |
| | Magistrate  Lance M. Africk |

## MOTION TO DISMISS CROSS CLAIM

MIDWEST MARINE MANAGEMENT COMPANY appearing through counsel, suggests that all its claims asserted in this action have been settled and moves to dismiss its Cross Claim

Respectfully submitted,

*René S. Paysse Jr.*

RENÉ S. PAYSSE, SR. #10367
COURTENAY, FORSTALL, HUNTER & FONTANA
Texaco Center • Suite 1540
400 Poydras Street

DATE OF ENTRY
JUL 17 2001

New Orleans, Louisiana 70163
Telephone:    (504) 566-1800
Counsel for Defendant, Midwest Marine Management Co.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONGKUK INTERNATIONAL, INC. and THE * | CIVIL ACTION | |
| CHUBB GROUP OF INSURANCE * | | |
| COMPANIES                              * | NO. | 00-272 |
|                                        * | | |
| versus                                 * | SECTION | " R " ( 3 ) |
|                                        * | | |
| COASTAL CARGO COMPANY, INC. and * | Judge | SARAH S. VANCE |
| MIDWEST MARINE MANAGEMENT * | | |
| COMPANY                                * | Magistrate | Lance M. Africk |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

The motion of Midwest Marine Management Company considered:

IT IS ORDERED that the Cross Claim is dismissed with prejudice, each party to pay its own costs.

New Orleans, Louisiana, July 17, 2001.

*Sarah Vance*
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I certify that the foregoing has been mailed to all counsel by placing a copy in the United States mail, postage prepaid and properly addressed, this _16th_ day of _July_, 2001.

_____
RENÉ S. PAYSSE, SR.